IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| LUCIUS JAMES HENRY, PRO SE, <br> TDCJ-CID #1078515, <br> Previous TDCJ-CID #493835 <br><br> Plaintiff, <br><br> v. <br><br> RICARDO MARTINEZ ET AL., <br><br> Defendants. | § § § § § § § § § § § § | 2:06-CV-0343 |

## ORDER GRANTING DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT
## AND ORDER OF DISMISSAL

Plaintiff LUCIUS JAMES HENRY, proceeding pro se and in forma pauperis, has filed suit pursuant to Title 42, United States Code, Section 1983 complaining against three defendants. On June 28, 2007, plaintiff's claims against defendant VERNELL JOHNSON, JR. were dismissed by Order of Partial Dismissal.

On April 1, 2008 the Magistrate Judge issued a Report and Recommendation that the Motion for Summary Judgment filed by defendants RICARDO MARTINEZ and THOMAS P. GOBLE be granted and the Civil Rights Claims by plaintiff LUCIUS JAMES HENRY against MARTINEZ and GOBLE in their individual capacities be dismissed with prejudice and his claims against MARTINEZ and GOBLE in their official capacities be dismissed without prejudice as barred by the Eleventh Amendment.

No objections to the April 1, 2008 Report and Recommendation have been filed by either party; and the response period has expired.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation.

The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that defendants' motion for summary judgment is GRANTED; plaintiff's Civil Rights Claims against defendants RICARDO MARTINEZ and THOMAS P. GOBLE in their individual capacities are DISMISSED WITH PREJUDICE; and his claims against MARTINEZ and GOBLE in their official capacities are DISMISSED WITHOUT PREJUDICE AS BARRED BY THE ELEVENTH AMENDMENT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Any pending motions are DENIED.

The Clerk will mail a copy of this Order to the plaintiff, and to any attorney of record by first class mail.

IT IS SO ORDERED.

ENTERED this 30th day of April, 2008.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE